# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| LENA GOODMAN, | ) |
| | ) CIVIL COMPLAINT |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:20-cv-03052-LTB |
| ALPHA RECOVERY CORP., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the Parties, which hereby stipulate pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii) that this matter is DISMISSED WITH PREJUDICE, each party to bear its own fees and costs except as otherwise agreed.  This stipulation is entered into by all parties that have appeared in this action.

Dated:  November 30, 2020

/s/ Jonathan Hilton
Jonathan Hilton (0095742)
HILTON PARKER LLC
10400 Blacklick-Eastern Rd NW, Suite 110
Pickerington, OH 43147
Tel: (614) 992-2277
Fax: (614) 427-5557
jhilton@hiltonparker.com
*Attorney for Plaintiffs*

/s/Kevin Farrell (per auth.)
2821 South Parker Road, Suite 555
Aurora, Colorado 80014
303-749-0062
farrell.lawoffice@gmail.com
*Counsel for Defendant*