**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  20-cv-03052-LTB

LENA GOODMAN,

       Plaintiff,

v.

ALPHA RECOVERY CORP.,

       Defendant.
_____

**ORDER**
_____

       THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 6 - filed November 30, 2020), and the Court being fully advised in the premises, it is therefore

       ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

       BY THE COURT:

       <u>  s/Lewis T. Babcock            </u>
       Lewis T. Babcock, Judge

DATED:  December 2, 2020